# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| MICHAEL DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLINS LAW,<br><br>    Defendant. | CASE NO: 2:12-CV-03107-LKK-GGH<br><br>HON. LAWRENCE K. KARLTON<br>DEPT COURTROOM 4<br><br>**ORDER RE CONTINUANCE OF HEARING RE DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>COMPLAINT FILED: December 28, 2012<br>TRIAL DATE:  None |

Having considered the Stipulation for Continuance of Hearing Date agreed to by counsel for the parties, it is hereby

ORDERED that the hearing on the pending motion by Defendant Hollins Law to Dismiss the Second Count and Strike the Second Count of Plaintiff's Complaint is hereby continued until Monday, March 11, 2013 at 10:00 a.m. in Courtroom 4 of the above captioned Court, and it is further

///

1      ORDERED that an Opposition shall be field by February 25, 2013, and a Reply
2  shall be filed by March 4, 2013.
3  DATED:  February  8, 2013           **By**

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE CONT. OF MOTION TO DISMISS-STRIKE.docx

2

[PROPOSED] ORDER RE CONTINUANCE OF DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS

**PROOF OF SERVICE**

**(1013A(3) Code Civ. Proc. Revised 5/1/88)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Century Centre, 2601 Main Street, Penthouse Suite 1300, Irvine, California 92614-4239.

On February 7, 2013, I served the foregoing document described as **[PROPOSED] ORDER RE CONTINUANCE OF HEARING RE DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ by overnight delivery via Federal Express pursuant to Code of Civil Procedure section 1013.

☐ by FAX. I faxed said document pursuant to Rules of Court rule 2.306, on _____, at approximately _____ from my facsimile telephone number 714.558.9091.

The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy of the transmission report is attached to this proof of service.

☐ by personal delivery to:

☐ by mail as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ I caused such document to be served on this date by electronic transmission via ECF E-Filing in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 7, 2013, at Irvine, California.

_/s/ Tammy Cortez_____
TAMMY CORTEZ

[PROPOSED] ORDER RE CONT. OF MOTION TO DISMISS-STRIKE.docx

| | |
|---|---|
| **Case Name:** | **DAVIS V. HOLLINS LAW** |
| **Case No.:** | **2:12-CV-03107-LKK-GGH** |
| **Our File No.:** | **HL 77485** |

## MAILING LIST

Jessica L. Pascale, Esq.  *Attorney for Plaintiff, MICHAEL DAVIS*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
TEL: (323) 988-2400
FAX: (866) 829-5083

[PROPOSED] ORDER RE CONT. OF MOTION TO DISMISS-STRIKE.docx