UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVIS,

    Plaintiff,

    v.

HOLLINS LAW, A PROFESSIONAL CORPORATION,

    Defendant.

NO. CIV. S-12-3107 LKK/GGH

O R D E R

Defendant's motions to dismiss and/or strike plaintiff's second cause of action are currently set for March 11, 2013 in the above-captioned matter. (ECF Nos. 6, 7.)

The court does not find oral argument to be necessary and will decide the motions on the papers. Accordingly, the hearing currently scheduled for March 11, 2013 is VACATED.

IT IS SO ORDERED.

DATED: March 7, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1