**HOLLINSLAW**
ATTORNEYS

KATHLEEN MARY KUSHI CARTER #157790
kcarter@hollins-law.com
TAMARA M. HEATHCOTE #193312
theathcote@hollins-law.com
Century Centre
2601 Main Street
Penthouse Suite 1300
Irvine, California 92614-4239
Telephone: 714.558.9119
Facsimile: 714.558.9091

Attorneys for Defendant HOLLINS LAW

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| MICHAEL DAVIS,<br><br>              Plaintiff,<br><br>      v.<br><br>HOLLINS LAW,<br><br>              Defendant. | CASE NO: 2:12-CV-03107-LKK-GGH<br><br>HON. LAWRENCE K. KARLTON<br>DEPT COURTROOM 4<br><br>**ORDER**<br><br>*[Filed concurrently with Request for Leave to File a Motion to Compel Plaintiff's Further Responses to Hollins Law's Discovery Requests and Deposition Questions; Or in the Alternative, Request for Modification of the Pretrial Scheduling Order; Memorandum of Points and Authorities and Declaration of Tamara M. Heathcote in Support Thereof]*<br><br>DATE:   August 26, 2013<br>TIME:    10:00 a.m.<br>DEPT:    4<br><br>COMPLAINT FILED: December 28, 2012<br>TRIAL DATE:  March 11, 2014 at 10:30 a.m. |

Having considered Hollins Law's Request for Leave to File a Motion to Compel Plaintiff's Further Responses of Hollins Law's Discovery Requests and Deposition Questions, or in the alternative, Request for Modification of the Pretrial Scheduling Order.

1678737.docx

1

[PROPOSED] ORDER

**IT IS HEREBY ORDERED:**

That the motion is DENIED.

**Dated:  July 29, 2013.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

### (1013A(3) Code Civ. Proc. Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Century Centre, 2601 Main Street, Penthouse Suite 1300, Irvine, California 92614-4239.

On July 24, 2013, I served the foregoing document described as **[PROPOSED] ORDER** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ by overnight delivery via Federal Express pursuant to Code of Civil Procedure section 1013.

☐ by FAX. I faxed said document pursuant to Rules of Court rule 2.306, on _____, at approximately _____ from my facsimile telephone number 714.558.9091.

The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy of the transmission report is attached to this proof of service.

☐ by personal delivery to:

☐ by mail as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 24, 2013, at Irvine, California.

_____/s/Brittney Oceguda_____
BRITTNEY OCEGUEDA

1678737.docx

**Case Name:**   **DAVIS V. HOLLINS LAW**
**Case No.:**    2:12-CV-03107-LKK-GGH
**Our File No.:** HL 77485

## MAILING LIST

Douglas S. Baek                              *Attorney for Plaintiff, MICHAEL DAVIS*
Ryan Lee
Attorney at Law
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 405
Los Angeles, CA 90025
TEL: (323) 988-2400
FAX: (866) 829-5083

1678737.docx