UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVIS,

    Plaintiff,

    v.

HOLLINS LAW, A PROFESSIONAL CORPORATION,

    Defendant.

NO. CIV. S-12-3107 LKK/GGH

O R D E R

Pending before the court in the above-captioned case is a motion for summary judgment filed by defendant Hollins Law, currently set for hearing on August 26, 2013. (ECF No. 35.)

For administrative reasons, the hearing will be CONTINUED until September 9, 2013. The deadlines for filing an opposition to this motion (August 12, 2013) and a reply, if any (August 19, 2013), remain unchanged.

IT IS SO ORDERED.

DATED: August 7, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1