1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL DAVIS,

11           Plaintiff,
                                        NO. CIV. S-12-3107 LKK/GGH
12       v.

13   HOLLINS LAW, A PROFESSIONAL
     CORPORATION,                           O R D E R
14
             Defendant.
15   _____/

16       Pending before the court in the above-captioned case is a

17   motion for summary judgment filed by defendant Hollins Law,

18   currently set for hearing on August 26, 2013. (ECF No. 35.)

19       For administrative reasons, the hearing will be CONTINUED

20   until September 9, 2013. The deadlines for filing an opposition to

21   this motion (August 12, 2013) and a reply, if any (August 19,

22   2013), remain unchanged.

23       IT IS SO ORDERED.

24       DATED:  August 7, 2013.

25
                              _____
26                            LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1