UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVIS,

    Plaintiff,

    v.

HOLLINS LAW, A PROFESSIONAL CORPORATION,

    Defendant.

NO. CIV. S-12-3107 LKK/GGH

O R D E R

Defendant Hollins Law has filed a motion for summary judgment. (ECF No. 35.) This motion was originally scheduled to be heard on August 26, 2013, but was continued by court order until September 9, 2013. (ECF No. 42.)

On August 12, 2013, plaintiff Michael Davis filed an opposition to defendant's motion for summary judgment, as well as a cross-motion for summary judgment. (ECF No. 43.)

As required by Local Rule 260(a), defendant included a Statement of Undisputed Facts with its motion. (ECF No. 36.)

Local Rule 260(b) requires "[a]ny party opposing a motion for summary judgment . . . [to] reproduce the itemized facts in the

1

Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial." It appears that plaintiff has failed to satisfy this requirement in its filings to date.

Accordingly, the court hereby ORDERS plaintiff to file, no later than 4:30 p.m. on August 19, 2013, a response to defendant's Statement of Undisputed Facts which satisfies the requirements of Local Rule 260(b).

IT IS SO ORDERED.

DATED: August 16, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT