**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | | |
|---|---|---|
| MICHAEL DAVIS, | ) | **Case No.: 2:12-CV-03107-LKK-AC** |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| HOLLINS LAW, A PROFESSIONAL CORPORATION, | ) | |
| Defendant. | ) | |

As stipulated by the parties, the motion hearing set for March 3, 2014 at 10:00am regarding the Motions in Limine in the present matter is hereby vacated.

Dated:  February 26, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[proposed] ORDER