UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814



APR 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: **Civ. S-12-3107 LKK**

TITLE: **DAVIS** v. **HOLLINS LAW**

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**Plaintiff's Exhibits:**

All Exhibits & Deposition Transcript of Michael Davis

**Defendant's Exhibits:**

RECEIVED BY: _____ (SIGNATURE)

Name: _MATTHEW ROSENTHAL_
COUNSEL FOR: Plaintiff/Defendant

DATE RECEIVED: _4/15/14_

Courtroom Deputy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: Civ. S-12-3107 LKK

TITLE: **DAVIS** v. **HOLLINS LAW**

EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:

**Plaintiff's Exhibits:**

_____
_____
_____
_____
_____

**Defendant's Exhibits:** _All Exhibits_

_____
_____
_____

RECEIVED BY: _____ (SIGNATURE)

Name: Kathleen Carter

COUNSEL FOR: Plaintiff/Defendant

DATE RECEIVED: 4/15/14

_____
Courtroom Deputy

*********************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.