UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVIS, | No. CIV. S-12-3107 LKK/AC |
| Plaintiff, | |
| v. | **ORDER** |
| HOLLINS LAW, A PROFESSIONAL CORPORATION, | |
| Defendant. | |

Plaintiff Michael Davis sued defendant Hollins Law, A Professional Corporation, alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692p ("FDCPA") and California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788 - 1788.33 ("Rosenthal Act"). The gravamen of plaintiff's complaint was that defendant placed collection calls to his home phone, and left a voicemail message which failed to disclose that the communication was from a debt collector.

Trial in this matter was held on April 15, 2014. At the conclusion of trial, the court found that defendant had violated the FDCPA and the Rosenthal Act, but deferred its ruling on

1

damages. The court also directed plaintiff to file a petition for attorney's fees and costs within fourteen (14) days, and defendant to respond within ten (10) days thereafter.

In the month since, the parties have filed the following:

- Plaintiff's Petition for Attorney's Fees and Costs (April 29, 2014, ECF No. 91) and his Bill of Costs (April 29, 2014, ECF No. 90).
- Defendant's Response to Plaintiff's Petition for Attorney's Fees and Costs. (May 9, 2014, ECF No. 96.)
- Defendant's Objections to Plaintiff's Bill of Costs. (May 9, 2014, ECF No. 95.)
- Plaintiff's Motion for Leave to File a Reply Brief in Support of his Petition for Attorney's Fees and Costs, currently set for hearing on June 9, 2014.[1] (May 12, 2014, ECF No. 98.)
- Defendant's Opposition to Plaintiff's Motion for Leave to File a Reply Brief in Support of his Petition for Attorney's Fees and Costs. (May 13, 2014, ECF No. 99.)
- Plaintiff's Motion for Award of Statutory Damages, currently set for hearing on June 2, 2014. (May 1, 2014, ECF No. 93.)
- Defendant's Motion to Strike Plaintiff's Motion for Award of Statutory Damages, currently set for hearing on June 2, 2014. (May 2, 2014, ECF No. 94.)

---

[1] The court notes that it is not scheduled to hear law & motion argument on June 9, 2014. The fact that plaintiff plucked a date out of thin air, rather than following the procedures for securing a date on the court's motion calendar, further evinces the sloppiness with which both parties have handled this case to date.

- Plaintiff's Response to Defendant's Motion to Strike Plaintiff's Motion for Award of Statutory Damages. (May 12, 2014, ECF No. 97.)
- Defendant's Application for Order Shortening Time to Hear Defendant's Motion to Strike Plaintiff's Motion for Award of Statutory Damages. (May 13, 2014, ECF No. 100.)

The court, having reviewed the parties' filings, has concluded that it has more than enough information to decide the issues presented. Accordingly, oral argument and further briefing on these matters is unnecessary. An order will be forthcoming.

In the meantime, in the immortal words of Judge Kozinski, "The parties are advised to chill." *Mattel, Inc. v. MCA Records, Inc.*, 296 F.3d 894, 908 (9th Cir. 2002).

The court hereby orders as follows:

[1] Defendant's Application for Order Shortening Time to Hear Defendant's Motion to Strike Plaintiff's Motion for Award of Statutory Damages (ECF No. 100) is DENIED.

[2] Plaintiff's Motion for Leave to File a Reply Brief in Support of his Petition for Attorney's Fees and Costs (ECF No. 98) is DENIED.

[3] The hearings on Plaintiff's Motion for Award of Statutory Damages (ECF No. 93) and Defendant's Motion to Strike Plaintiff's Motion for Award of Statutory Damages (ECF No. 94), both currently set for June 2, 2014, are VACATED.

[4] The parties are WARNED that the filing of any further briefs or motions before the court issues an order deciding the issues of damages and attorney's fees & costs may be grounds for substantial sanctions.

IT IS SO ORDERED.

DATED: May 14, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT