# HOLLINSLAW ATTORNEYS

KATHLEEN MARY KUSHI CARTER #157790
kcarter@hollins-law.com
TAMARA M. HEATHCOTE #193312
theathcote@hollins-law.com
Century Centre
2601 Main Street
Penthouse Suite 1300
Irvine, California 92614-4239
Telephone: 714.558.9119
Facsimile: 714.558.9091

Attorneys for Defendant HOLLINS LAW

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| MICHAEL DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLINS LAW,<br><br>    Defendant. | CASE NO: 2:12-CV-03107-LKK-AC<br><br>HON. LAWRENCE K. KARLTON<br>DEPT COURTROOM 4<br><br>**NOTICE OF APPEAL** |

///
///
///
///
///
///
///
///

1949331

1  Notice is hereby given that Defendant, Hollins Law, hereby appeals in the
2  above-named case to the United States Court of Appeals for the Ninth Circuit from (1)
3  the order denying Hollins Law's motion for summary judgment (entered September
4  12, 2013), and (2) the judgment (entered June 24, 2014).

5  DATED:  July 24, 2014                **HOLLINS LAW**

6

7                                        By:*/s/ Tamara M. Heathcote*
8                                            KATHLEEN MARY KUSHI CARTER
                                             TAMARA M. HEATHCOTE
9                                            Attorneys for Defendant HOLLINS LAW

# PROOF OF SERVICE

### (1013A(3) Code Civ. Proc. Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Century Centre, 2601 Main Street, Penthouse Suite 1300, Irvine, California 92614-4239.

On July 24, 2014, I served the foregoing document described as **NOTICE OF APPEAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ by overnight delivery via Federal Express pursuant to Code of Civil Procedure section 1013.

☐ by FAX. I faxed said document pursuant to Rules of Court rule 2.306, on _____, at approximately _____ from my facsimile telephone number 714.558.9091.

The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy of the transmission report is attached to this proof of service.

☐ by personal delivery to:

☐ by mail as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 24, 2014, at Irvine, California.

*/s/ Evan C. Powers*_____
EVAN C. POWERS

1949331

**Case Name:**      **DAVIS V. HOLLINS LAW**
**Case No.:**        **2:12-CV-03107-LKK-AC**
**Our File No.:**     **HL 77485**

---

## MAILING LIST

*Attorney for Plaintiff, MICHAEL DAVIS*

Ryan Lee, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 405
Los Angeles, CA 90025
TEL: (323) 988-2400
FAX: (866) 829-5083
EMAIL: Rlee@consumerlawcenter.com

1949331