# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| MICHAEL DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> HOLLINS LAW, <br><br> Defendant. | CASE NO: 2:12-CV-03107-TLN-AC <br><br> HON. TROY L. NUNLEY <br> COURTROOM 2 <br><br> **ORDER FOR RETURN OF FUNDS DEPOSITED WITH THE COURT TO DEFENDANT FOLLOWING REVERSAL ON APPEAL** <br><br> COMPLAINT FILED: December 28, 2012 <br> TRIAL DATE:  March 18, 2014 |

The court previously approved deposit of 125% of the judgment by Defendant, in the amount of $47,483.07, with the Clerk of the Court for the U.S. District Court for the Eastern District of California to effectuate a stay on execution of Plaintiff's judgment while the appeal was pending.  (Ex. A.)  Defendant did deposit the $47,483.07 with the Clerk of the Court.  (Ex. B.)

The court's previous order stated that "Upon resolution of the appeal, the Clerk of the Court is DIRECTED to release sufficient funds from the cash deposit to plaintiff to satisfy the judgment herein, including any post-judgment interest allowable by law, and to return the remaining balance, if any, to defendant."

1   The appeal has now been resolved and an opinion issued reversing the judgment
2   entered against Defendant. (Ex. C.)
3   Therefore, it is hereby ordered that the Clerk of the Court for the U.S. District Court
4   for the Eastern District of California is to forthwith return the entire cash deposit made by
5   Defendant in the amount of $47,483.07

**IT IS SO ORDERED.**

Dated: October 20, 2016

*/s/ Troy L. Nunley*
Troy L. Nunley
United States District Judge